NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PRISM TECHNOLOGIES LLC,**
*Plaintiff-Appellant,*

**v.**

**MCAFEE, INC.,**
*Defendant-Appellee,*

AND

**SYMANTEC CORPORATION,**
*Defendant-Appellee,*

AND

**TREND MICRO INCORPORATED,**
*Defendant-Appellee.*

———————————

2013-1135

———————————

Appeal from the United States District Court for the District of Nebraska in No. 10-CV-0220, Senior Judge Lyle E. Strom.

———————————

**JUDGMENT**

———————————

CHRISTOPHER D. BANYS, Banys, P.C., of Palo Alto, California, argued for plaintiff-appellant. With him on the brief was RICHARD C. LIN. Of counsel on the brief was ANDRE J. BAHOU, Prism Technologies, LLC, of Brentwood, Tennessee.

DAN L. BAGATELL, Perkins Coie, LLP, of Phoenix Arizona, argued for all defendants-appellees. With him on the brief was CHRISTINA JORDAN MCCULLOUGH, of Seattle, Washington for defendant-appellee, McAfee, Inc. Of counsel on the brief were DEAN G. DUNLAVEY, Latham & Watkins, LLP, of Costa Mesa, California, and MARK A. FLAGEL, of Los Angeles, California, for defendant-appellee, Symantec Corporation; MARK D. FOWLER and ROBERT BUERGI, DLA Piper LLP (US) of East Palo Alto, California; and STANLEY JOSEPH PANIKOWSKI, III, of San Diego, California, for defendant–appellee Trend Micro Incorporated. Of counsel were RUBENDRA BAINS, LEISA TALBERT PESCHEL, MATTHEW R. RODGERS, DANNY L. WILLIAMS, and DAVID K. WOOTEN, Williams Morgan & Amerson of Houston, Texas, and JOHN PATRICK PASSARELLI, Kutak Rock, LLP, of Omaha, Nebraska, for defendant-appellee, McAfee; Inc. and KATHY YU, Latham & Watkins, LLP, of Los Angeles, California, for defendant-appellee, Symantec Corporation.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


November 13, 2013                    /s/  Daniel  E.  O'Toole
Date                                 Daniel E. O'Toole
                                     Clerk of Court